UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPROUT THERAPY,

        Plaintiffs,

v.

KIN HEALTH, INC., et al.,

        Defendants.

Case No.  20-cv-08811-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 6/11/2021 at 3:00 PM.
Counsel *must* file a joint case management statement by 6/4/2021.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 9/3/2021.

DESIGNATION OF EXPERTS: 9/13/2021; REBUTTAL: 9/24/2021;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 10/15/2021.

DISPOSITIVE MOTIONS **SHALL** be filed by; 11/5/2021;
    Opp. Due: 11/19/2021; Reply Due: 11/26/2021;
    and set for hearing no later than 12/10/2021 at 10:00 AM.

PRETRIAL PAPERWORK: 1/4/2022.
PRETRIAL CONFERENCE DATE: 1/18/2022 at 3:30 PM.

JURY TRIAL DATE: 2/7/2022 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: March 12, 2021

_____
SUSAN ILLSTON
United States District Judge