# MCKOOL SMITH



July 2, 2021

By ECF
The Honorable Susan Illston
United States District Judge
San Francisco Courthouse
Courtroom 1 – 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

> Re:    *Sprout Therapy v. Kin Health, Inc. d/b/a Songbird Therapy et al., 20 Civ. 08811 (SI)*

Dear Judge Illston:

Pursuant to the Court's order at the case management conference in this case on June 25, 2021, Plaintiff Sprout Therapy, Defendant Songbird Therapy, and Defendant Benjamin Hsu (together, the "Parties") respectfully submit this letter concerning mediation.

The Parties have conferred and agree to mediation through the use of a private mediator. The Parties have agreed on the selection of a mediator, and intend to contact him immediately to determine his availability.

Respectfully submitted,

MCKOOL SMITH P.C.

/s/

_____

By:    Kirk Dillman
       Josh Budwin
       Eliza Beeney

       *Attorneys for Plaintiff*

LEXANALYTICA, PC

/s/

By:    _____

       Perry J. Narancic

       *Attorneys for Defendants*