Kirk D. Dillman (SBN 110486)
MCKOOL SMITH HENNIGAN, P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1200
Facsimile: (213) 694-1234
*kdillman@mckoolsmithhennigan.com*

Joshua W. Budwin
MCKOOL SMITH, P.C.
303 Colorado Street
Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8727
*jbudwin@mckoolsmith.com*

Eliza Beeney
MCKOOL SMITH, P.C.
One Manhattan West
395 Ninth Avenue, 50th Floor
New York, New York 10001
Telephone: (212) 402-9400
*ebeeney@mckoolsmith.com*

*Attorneys for Plaintiff Sprout Therapy*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **SPROUT THERAPY,**<br><br>                    **Plaintiff,**<br><br>        v.<br><br>**KIN HEALTH, INC. d/b/a SONGBIRD THERAPY a/k/a SONGBIRD CARE, and BENJAMIN HSU,**<br><br>                    **Defendants.** | Case No. 3:20-CV-08811<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Sprout Therapy ("Plaintiff") and Defendants Kin Health, Inc. d/b/a Songbird Therapy a/k/a Songbird Care and Benjamin Hsu (collectively, "Defendants"), through their respective counsel, stipulate to the dismissal of all claims asserted by Plaintiff against Defendants in the above-captioned action with prejudice and without costs, attorneys' fees, or disbursements to any party.

IT IS SO STIPULATED.

Date: September 1, 2021                MCKOOL SMITH, P.C.

By: /s/ *Joshua W. Budwin*
Kirk D. Dillman
Joshua W. Budwin
Eliza Beeney

*Attorneys for Plaintiff Sprout Therapy*

Date: September 1, 2021                LEXANALYTICA, P.C.

By: /s/ *Perry J. Narancic*

*Attorneys for Defendants Kin Health, Inc. and Benjamin Hsu*

| | |
|---|---|
| 1 | **<u>ATTESTATION</u>** |
| 2 | Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this |
| 3 | stipulation has been obtained from each signatory herein. |
| 4 | By: */s/ Joshua W. Budwin* |
| 5 | Joshua W. Budwin |

Case No.  3:20-CV-08811 (SI)

-2-

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

1

**[PROPOSED] ORDER**

2

Pursuant to the parties' stipulation, IT IS SO ORDERED.

3

4  Date: September 1, 2021

_____

5

Honorable Susan Illston
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28